Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

CASTALIA ORTEGA et al., Appellants, v CITY OF NEW YORK, Respondent.

Submitted June 25, 2007; decided June 27, 2007

Reported below, 35 AD3d 422.

Motion by County of Orange et al. for leave to file a brief amici curiae on the appeal herein granted. Three copies of the brief may be served and an original and 24 copies filed on or before July 31, 2007.

CASTALIA ORTEGA et al., Appellants, v CITY OF NEW YORK, Respondent.

Submitted June 25, 2007; decided June 27, 2007

Reported below, 35 AD3d 422.

Motion by New York State Conference of Mayors and Municipal Officials for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Four copies of the brief must be filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTURO FLORES, Appellant.

Submitted May 7, 2007; decided June 27, 2007

Reported below, 24 AD3d 568.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed as untimely.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MINGO, Appellant.

Submitted June 25, 2007; decided June 27, 2007

Reported below, 37 AD3d 854.